**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Baylee P., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:26-cv-244 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Frank Bisignano, Commissioner of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with Supplemental Rules for Social Security 6, 7, and 8, it is **ORDERED** that (1) plaintiff's brief is due by October 26, 2026; (2) the Commissioner's responsive brief is due within thirty days after service of plaintiff's brief; and (3) plaintiff may file a reply brief within fourteen days after service of the Commissioner's brief.

It is further **ORDERED** that when providing citations to the record, counsel are to cite the transcript page numbers, rather than the ECF page and document numbers.

Dated this 28th day of September, 2026.

*/s/ Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge